NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


KENNETH CABRAL,                          )
                                         )
          Appellant,                     )
                                         )
v.                                       )          Case No. 2D18-2318
                                         )
STATE OF FLORIDA,                        )
                                         )
          Appellee.                      )
                                         )
_____ )

Opinion filed March 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; William H. Burgess III,
Judge.

Kenneth Cabral, pro se.


 PER CURIAM.


          Affirmed.


LaROSE, C.J., and SLEET and LUCAS, JJ., Concur.